FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> TONY SOUNDARA <br> Defendant. | Case No.: 11-CR-00760-JHN <br> ORDER OF DETENTION <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of sufficient bail resources

1 and defendant's decision to submit on the issue of
2 detention.
3
4     and/or
5 B.  ( )  The defendant has not met his/her burden of establishing by
6         clear and convincing evidence that he/she is not likely to pose
7         a danger to the safety of any other person or the community if
8         released under 18 U.S.C. § 3142(b) or (c). This finding is based
9         on: _____
10 _____
11 _____
12 _____
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: 12/15/2011
18
19                                      _____
20                                      UNITES STATES MAGISTRATE JUDGE