O-send

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 11-760 |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Soundara ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist of Cal_ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _See PSA report_

1
2
3
4       and/or
5  B.   (X)  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on:  See PSA report
10
11
12
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  7/10/13
18
19                                          _____
20                                          UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28